Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and ZOMBA RECORDING LLC

RECEIVED
FEB 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ZOMBA RECORDING LLC, a Delaware limited liability company,
             Plaintiffs,

   v.

JOHN DOE,
             Defendant.

CASE NO. CV 08 1040 WHA

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY

Proposed Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#35730 v1

1   Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2   Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3   ORDERED that Plaintiffs may serve immediate discovery on University of California, Santa
4   Cruz to obtain the identity of Defendant John Doe by serving a Rule 45 subpoena that seeks
5   documents that identify Defendant John Doe, including the name, current (and permanent) address
6   and telephone number, e-mail address, and Media Access Control addresses for Defendant. The
7   disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).
8   IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9   the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10  under the Copyright Act.

Dated: _____     By: _____
                                  United States District Judge

Proposed Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#35730 v1