1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   WARNER BROS. RECORDS INC.; UMG
7  RECORDINGS, INC.; SONY BMG MUSIC
   ENTERTAINMENT; and ZOMBA RECORDING LLC
8

RECEIVED
FEB 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing

9           UNITED STATES DISTRICT COURT
10          NORTHERN DISTRICT OF CALIFORNIA

11
12  WARNER BROS. RECORDS INC., a Delaware       CASE NO. CV 08 1040 WHA
    corporation; UMG RECORDINGS, INC., a
13  Delaware corporation; SONY BMG MUSIC         [PROPOSED] ORDER GRANTING *EX*
14  ENTERTAINMENT, a Delaware general            *PARTE* APPLICATION FOR LEAVE TO
    partnership; and ZOMBA RECORDING LLC, a      TAKE IMMEDIATE DISCOVERY
15  Delaware limited liability company,
16                Plaintiffs,

17        v.

18  JOHN DOE,
                  Defendant.
19
20
21
22
23
24
25
26
27
28

Proposed Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#35730 v1

1  Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2  Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3  ORDERED that Plaintiffs may serve immediate discovery on University of California, Santa
4  Cruz to obtain the identity of Defendant John Doe by serving a Rule 45 subpoena that seeks
5  documents that identify Defendant John Doe, including the name, current (and permanent) address
6  and telephone number, e-mail address, and Media Access Control addresses for Defendant. The
7  disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).
8  IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9  the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10 under the Copyright Act.

Dated: May 21, 2008.                    By: _____
                                            Judge William Alsup
                                            United States District Judge

IT IS SO ORDERED

---

Proposed Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#35730 v1

1