1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:    matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   WARNER BROS. RECORDS INC.; UMG
7  RECORDINGS, INC.; SONY BMG MUSIC
   ENTERTAINMENT; and ZOMBA RECORDING LLC
8

9                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION

11

12 | WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ZOMBA RECORDING LLC, a Delaware limited liability company, | CASE NO. 3:08 CV 01040 WHA |
13 | | **Honorable William H. Alsup** |
14 | | |
15 | | *EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
16 | Plaintiffs, | |
17 | v. | |
18 | | |
19 | JOHN DOE, | |
20 | Defendant. | |

1 Plaintiffs respectfully request that the Court continue the case management conference currently set for May 29, 2008 at 3:30 p.m. to August 28, 2008. As set forth in greater detail below, Plaintiffs have not yet discovered the true identity of the Doe defendant in this case, and will be unable to do so unless the Court grants Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, filed on February 21, 2008 and entered as Docket No. 6.

1. Plaintiffs have not requested any previous continuances of the case management conference in this matter.

2. Plaintiffs filed the Complaint for Copyright Infringement against Defendant John Doe ("Defendant") on February 21, 2008. Plaintiffs did not have sufficient identifying information to name the defendant in the Complaint, but were able to identify Defendant by the Internet Protocol address assigned by Defendant's Internet Service Provider ("ISP").

3. In order to determine Defendant's true identity, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery on February 21, 2008, seeking the Court's permission to serve a Rule 45 subpoena on the ISP. The Court has not yet ruled on Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery.

4. If the Court grants Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, Plaintiffs will attempt to determine Defendant's identity by serving a Rule 45 subpoena on the ISP seeking identifying information including Defendant's name, address, and telephone number. If Defendant is identified, Plaintiffs will give Defendant written notice of their claim and attempt to contact Defendant and resolve the dispute. If the dispute cannot be resolved, Plaintiffs plan to file a First Amended Complaint naming Defendant individually and then proceed to serve process upon him or her.

5. However, unless the Court grants Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, Plaintiffs cannot identify the Doe defendant, initiate settlement talks, or file an amended complaint and begin service attempts.

6. Given the foregoing circumstances, and because there is no known defendant with whom to confer, a case management conference is unnecessary at this time. Plaintiffs therefore

respectfully request that the Court continue the case management conference currently set for May 29, 2008 at 3:30 p.m. to August 28, 2008.

Dated: May 16, 2008                                HOLME ROBERTS & OWEN LLP

By: _____*/s/ Matthew Franklin Jaksa*____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs

## [PROPOSED] ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for May 29, 2008 at 3:30 p.m. be continued to ~~August 28, 2008.~~ JUNE 19, 2008, AT 11:00 A.M.

Dated: May 22, 2008.                    By: _____
Honorable William Alsup
United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*

2

Ex Parte Application and [Proposed] Order
Case No. 3:08 CV 01040 WHA
#37599 v1