**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WARNER BROS. RECORDS, INC., a Delaware corporation, UMG RECORDINGS, INC., a Delaware corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, and ZOMBA RECORDING LLC, a Delaware limited liability company,

    Plaintiffs,

  v.

JOHN DOE,

    Defendant.

No. C 08-01040 WHA

**ORDER DENYING PLAINTIFFS'** *EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Plaintiffs' *ex parte* application to continue the case management conference for ninety days is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 11, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE