1  Dawniell Alise Zavala (CA State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
5  Email: dawniell.zavala@hro.com

6  Attorneys for Plaintiffs,
   WARNER BROS. RECORDS INC.; UMG
7  RECORDINGS, INC.; SONY BMG MUSIC
   ENTERTAINMENT; and ZOMBA RECORDING LLC
8

9              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
10                SAN FRANCISCO DIVISION
11

| 12 | WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ZOMBA RECORDING LLC, a Delaware limited liability company, | CASE NO. 3:08-CV-01040-WHA |
|---|---|---|
| | Plaintiffs, | **Honorable William H. Alsup** |
| | v. | **DECLARATION OF DAWNIELL ALISE ZAVALA IN SUPPORT OF CASE MANAGEMENT STATEMENT** |
| | JOHN DOE, Defendant. | Date of Initial CMC:   June 19, 2008<br>Time:   11:00 a.m.<br>Courtroom:   9<br>Action Filed:   February 21, 2007 |

DECLARATION OF DAWNIELL ALISE ZAVALA
Case No. 3:08-cv-01040-WHA
#38194 v1

## DECLARATION OF DAWNIELL ALISE ZAVALA

I, Dawniell Alise Zavala, declare:

1. I am an associate in the law firm of Holme Roberts & Owen LLP ("HRO"). HRO serves as national counsel for Plaintiffs in this and all similar actions. I have personal knowledge of all facts set forth in this declaration, except as where stated on information and belief. As to such facts, I believe them to be true.

2. Filed herewith is Plaintiffs' separate Case Management Statement. For the reasons set forth below, Plaintiffs have been unable to meet and confer with Defendant and prepare a joint case management statement as ordinarily required by Local Rule 16-9(a).

3. Plaintiffs filed the Complaint for Copyright Infringement against Defendant John Doe ("Defendant") on February 21, 2008. Plaintiffs did not have sufficient identifying information to name the Defendant individually in the Complaint, but were able to identify Defendant by the Internet Protocol address assigned by Defendant's Internet Service Provider ("ISP").

4. In order to determine Defendant's true identity, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery on February 21, 2008, seeking the Court's permission to serve a Rule 45 subpoena on the ISP. The Court entered an Order for Leave to Take Immediate Discovery on May 21, 2008, granting Plaintiffs' request to serve a Rule 45 subpoena on the ISP seeking identifying information including Defendant's true name, address, telephone number, e-mail address, and Media Access Control ("MAC") address.

5. Plaintiffs served their subpoena on the ISP on May 30, 2008. Plaintiffs anticipate that the ISP will respond to the subpoena on June 30, 2008.

6. Because Plaintiffs were not aware of Defendant's true identity, they have been unable to name Defendant individually in the Complaint and effectuate service of process. Accordingly, Defendant has not yet been served with process or appeared in this action, and Plaintiffs were unable to meet and confer with Defendant regarding the subjects covered in the Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed this 12th day of June, 2008, at San Francisco, California.

*Dawniell Alise Zavala*

DECLARATION OF DAWNIELL ALISE ZAVALA
Case No. 3:08-cv-01040-WHA
#38194 v1