**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>June 19, 2008</u>

Case No.  <u>C 08-01040 WHA</u>

Title: <u>WARNER BROS RECORDS</u> v. <u>JOHN DOE</u>

Plaintiff Attorneys: Dawniell Zavala; Matthew Jaksa

Defense Attorneys: n/a

Deputy Clerk:  <u>Dawn Toland</u>          Court Reporter: <u>Kathy Wyatt</u>

**PROCEEDINGS**

1)   <u>CMC - HELD</u>

2)   _____

Continued to <u>**8/21/08 at 11:00 am**</u>  for Further Case Management Conference

Continued to _ for Pretrial Conference

Continued to _ for Jury Trial

**ORDERED AFTER HEARING:**

The University should identify the John Doe by 6/30/08.  Plaintiff will then serve the summons and complaint on the defendant by 7/15/08.