1  Dawniell Alise Zavala (CA State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:      dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   WARNER BROS. RECORDS INC.; UMG
7  RECORDINGS, INC.; SONY BMG MUSIC
   ENTERTAINMENT; and ZOMBA RECORDING
8  LLC
9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ZOMBA RECORDING LLC, a Delaware limited liability company,<br><br>　　　　Plaintiffs,<br>　v.<br><br>ELENA BOWEN,<br><br>　　　　Defendant. | CASE NO. 3:08-CV-01040-WHA<br><br>Honorable William H. Alsup<br><br>**DECLARATION OF DAWNIELL ALISE ZAVALA IN SUPPORT OF CASE MANAGEMENT STATEMENT**<br><br>Date of Initial CMC:　August 21, 2008<br>Time:　11:00 a.m.<br>Courtroom:　9<br>Action Filed:　February 21, 2008 |

## DECLARATION OF DAWNIELL ALISE ZAVALA

I, Dawniell Alise Zavala, declare:

1. I am an associate in the law firm of Holme Roberts & Owen LLP ("HRO"). HRO serves as national counsel for Plaintiffs in this and all similar actions. I have personal knowledge of all facts set forth in this declaration, except as where stated on information and belief. As to such facts, I believe them to be true.

2. Filed herewith is Plaintiffs' separate Case Management Statement. For the reasons set forth below, Plaintiffs have been unable to meet and confer with Defendant and prepare a joint case management statement as ordinarily required by Local Rule 16-9(a).

3. Plaintiffs filed the Complaint for Copyright Infringement against Defendant John Doe ("Defendant") on February 21, 2008. Plaintiffs did not have sufficient identifying information to name the Defendant individually in the Complaint, but were able to identify Defendant by the Internet Protocol address assigned by Defendant's Internet Service Provider ("ISP").

4. In order to determine Defendant's true identity, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery on February 21, 2008, seeking the Court's permission to serve a Rule 45 subpoena on the ISP. The Court entered an Order for Leave to Take Immediate Discovery on May 21, 2008, granting Plaintiffs' request to serve a Rule 45 subpoena on the ISP seeking identifying information including Defendant's true name, address, telephone number, e-mail address, and Media Access Control ("MAC") address.

5. Plaintiffs served their subpoena on the ISP on May 30, 2008. The ISP responded to the subpoena on June 25, 2008, identifying Defendant Elena Bowen as the holder of the particular IP address at issue on the particular date at issue.

6. After informal attempts to resolve the dispute failed, Plaintiffs filed their First Amended Complaint against Ms. Bowen for copyright infringement. Defendant was recently served with process on July 12, 2008, and she has not yet filed an answer or otherwise appeared in this action. Although on July 25, 2008, Plaintiffs were contacted by Jim Diamond, an attorney who wished to discuss settlement of this matter on Defendant's behalf, Plaintiffs and Mr. Diamond were unable to reach a settlement agreement, and Plaintiffs were informed that Mr. Diamond is not

1

formally representing Defendant in this matter. Mr. Diamond indicated that Defendant will likely allow a default judgment to be entered, since Plaintiffs are unwilling to accept a non-monetary settlement in this case.

7. Moreover, despite sending Defendant letters via U.S. mail and email on July 23, 2008 and August 4, 2008 urging her to meet and confer with Plaintiffs to set a case management schedule, Defendant has failed to respond and discuss this matter further with Plaintiffs. Thus, Plaintiffs were unable to meet and confer with Defendant regarding the subjects covered in the Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of August, 2008, at San Francisco, California.

_____
Dawniell Alise Zavala