# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL PRETRIAL MINUTES</u>

JUDGE WILLIAM ALSUP

Date: <u>August 21, 2008</u>

Case No.  <u>C 08-01040  WHA</u>

Title: <u>WARNER BROS RECORDS</u> v. <u>ELENA BOWEN</u>

Plaintiff Attorneys: Dawniell Zavala

Defense Attorneys: n/a

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Sahar McVickar</u>

**PROCEEDINGS**

1)  <u>Further CMC - HELD                                                      </u>

2)  <u>                                                                         </u>

Continued to _ for Further Case Management Conference

Continued to _ for Pretrial Conference

Continued to _ for Jury Trial

**ORDERED AFTER HEARING:**

Plaintiff served the defendant and advised her that a cmc would be held today.  Plaintiff will move for default judgment.