1  Dawniell Alise Zavala (CA State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
4  Facsimile:    (415) 268-1999
   Email:          dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   WARNER BROS. RECORDS INC.; UMG
7  RECORDINGS, INC.; SONY BMG MUSIC
   ENTERTAINMENT; and ZOMBA RECORDING
8  LLC

9

10                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
11                       SAN FRANCISCO DIVISION

12

13  WARNER BROS. RECORDS INC., a Delaware      CASE NO. 3:08-CV-01040-WHA
    corporation; UMG RECORDINGS, INC., a
14  Delaware corporation; SONY BMG MUSIC       Honorable William H. Alsup
    ENTERTAINMENT, a Delaware general
15  partnership; and ZOMBA RECORDING LLC, a    **REQUEST TO ENTER DEFAULT**
16  Delaware limited liability company,

17              Plaintiffs,

18        v.

19

20  ELENA BOWEN,

21              Defendant.

22

23

24

25

26

27

28

REQUEST TO ENTER DEFAULT
Case No. 3:08-cv-01040-WHA
#39613 v1 saf

1      **TO:  THE CLERK OF THE ABOVE-ENTITLED COURT**

2          Plaintiffs hereby request that the Clerk enter default in this matter against Defendant on the

3      ground that Defendant has failed to appear or otherwise respond to the Amended Complaint within

4      the time prescribed by the Federal Rules of Civil Procedure.  Declaration of Dawniell Zavala ¶¶ 3, 5.

5          Plaintiffs served the Summons and Amended Complaint on Defendant on July 12, 2008, by

6      substitute service, as evidenced by the proof of service on file with this Court.  Id. ¶ 2, Exh. A.

7      Neither Plaintiffs nor the Court have granted Defendant any formal extensions of time to respond to

8      the Amended Complaint.  Id. ¶ 4.  Plaintiffs are informed and believe that Defendant is not an infant

9      or incompetent person or in the military service.  Id. ¶¶ 6-7.

10

11     Dated:    August 25, 2008               HOLME ROBERTS & OWEN LLP

12

13                                            By:   /s/ *Dawniell Zavala*
                                                    DAWNIELL ZAVALA
14                                                  Attorney for Plaintiffs
                                                    WARNER BROS. RECORDS INC.; UMG
15                                                  RECORDINGS, INC.; SONY BMG MUSIC
                                                    ENTERTAINMENT; and ZOMBA
16                                                  RECORDING LLC

17

18

19

20

21

22

23

24

25

26

27

28

1

REQUEST TO ENTER DEFAULT
Case No. 3:08-cv-01040-WHA
#39613 v1 saf

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California.  I am over the age of eighteen years and not a party to the within action.  My business address is 560 Mission Street, 25th Floor, San Francisco, CA  94105.

On August 25, 2008, I served the  foregoing documents described as:

**REQUEST TO ENTER DEFAULT**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Elena Bowen**
**1619 Dimondale Drive**
**Carson, CA 90746**

☒    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 25, 2008 at San Francisco, California.


_____
Della Grant

2

POS RE REQUEST TO ENTER DEFAULT
Case No. 3:08-cv-01040-WHA
#39613 v1 saf