**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

August 27, 2008

RE: CV 08-01040 WHA      WARNER BROS RECORDS INC-v- JOHN DOE

Default is entered as to Defendant, Elena Bowen on 08/27/08.

RICHARD W. WIEKING, Clerk

*Susan Imbriani*

by Susan Imbriani  
Case Systems Administrator

NDC TR-4  Rev. 3/89