Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:   (415) 268-1999
Email:       dawniell.zavala@hro.com

Attorneys for Plaintiffs,
WARNER BROS. RECORDS INC.; UMG
RECORDINGS, INC.; SONY BMG MUSIC
ENTERTAINMENT; and ZOMBA RECORDING
LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ZOMBA RECORDING LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br><br> ELENA BOWEN, <br><br> Defendant. | CASE NO. 3:08-CV-01040-WHA <br><br> Honorable William H. Alsup <br><br> **PROOF OF SERVICE OF CLERK'S ENTRY OF DEFAULT** |

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

3

 I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am

4

over the age of eighteen years and not a party to the within action. My business address is 560

5

Mission Street, 25th Floor, San Francisco, CA 94105.

6

 On August 28, 2008, I served the foregoing documents described as:

7

**CLERK'S ENTRY OF DEFAULT**

8

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed

9

envelope addressed as follows:

10

**Elena Bowen**

11

**1619 Dimondale Drive**
**Carson, CA 90746**

12

 ☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and

13

processing correspondence for mailing. Under that practice it would be deposited with U.S. postal

14

service on that same day with postage thereon fully prepaid at San Francisco, California in the

15

ordinary course of business. I am aware that on motion of the party served, service is presumed

16

invalid if postal cancellation date or postage meter date is more than one day after date of deposit for

17

mailing in affidavit.

18

 ☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this

19

court at whose direction the service was made.

20

 Executed on August 28, 2008 at San Francisco, California.

21

22

23

24

_Della Grant_
_____

25

  Della Grant

26

27

28