**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. RECORDS, INC., a Delaware corporation, UMG RECORDINGS, INC., a Delaware corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, and ZOMBA RECORDING LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ELENA BOWEN,<br><br>　　　　　Defendant.<br>_____/ | No. C 08-01040 WHA<br><br>**ORDER ALTERING NAME ON JUDGMENT** |

The Court's order granting plaintiffs' motion for default (Dkt. 33) and the judgment thereon (Dkt. 34) inadvertently specified "Elena Brown" as the defendant. The defendant's name in the order granting plaintiffs' motion for default and the judgment thereon should be altered to "Elena Bowen."

**IT IS SO ORDERED.**

Dated: November 14, 2008.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE